**Order entered July 10, 2014**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00280-CR

**MICHAEL BLOOM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC-R-0019-D**

## ORDER

On July 9, 2014 Michael Bloom filed a "Motion to Stay Mandate and Nullify Void Judgment" in the above cause. The mandate in this cause issued on June 30, 2014. Accordingly, we construe Bloom's request to stay the mandate as a request to withdraw the mandate. Bloom's motion is **DENIED**.

/s/      DAVID EVANS
          JUSTICE